FILED

12/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 23-0611

IN THE MATTER OF THE ADOPTION OF C.M.C.,

DONALD and JULIA CARTER,

      Petitioners and Appellees,

  and

CHERRI STAGGS f/k/a TUMBLESON,

      Respondent and Appellant.

## ORDER

Upon consideration of Appellant's Unopposed Motion for Extension to File Appellant's Opening Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's Unopposed Motion for Extension to File Appellant's Opening Brief is GRANTED, and Appellant shall have up until and including Jan. 16, 2024, to file and serve her opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 11 2023